## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANNA M. DICKINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 04-0735-CG-B** |
| | ) | |
| **SPRINGHILL HOSPITALS, INC., d/b/a** | ) | |
| **SPRINGHILL MEMORIAL HOSPITAL** | ) | |
| **and SPRINGHILL MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

Pursuant to the memorandum, opinion and order entered this date granting summary judgment in favor of the defendant, it is **ORDERED, ADJUDGED**, and **DECREED** that this case be, and hereby is, **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 10th day of November, 2005.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**